UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROBIN K. YENCHO and
PATRICIA O. YENCHO,

          Plaintiffs,      14-cv-230 (NSR)

  -against-

                                       OPINION & ORDER

CHASE HOME FINANCE LLC,
JPMORGAN CHASE BANK, N.A., and
GSR MORTGAGE LOAN TRUST 2007-1F,
GOLDMAN SACHS MORTGAGE CO.,

          Defendants.
-----------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

By opinion and order dated January 8, 2015 (dkt. no. 15), the Court dismissed all claims against defendants Chase Home Finance, LLC and JP Morgan Chase Bank, N.A., with prejudice. As it appeared from the docket that Plaintiff had not served the summons and complaint upon the sole remaining defendant, GSR Mortgage Loan Trust 2007-1F (named as "GSR Mortgage Loan Trust 2007-1F, Goldman Sachs Mortgage Co."), the Court ordered Plaintiff to show cause in writing by January 30, 2015 why the complaint should not also be dismissed with prejudice against that defendant. Plaintiff failed to show cause. Accordingly, all claims against GSR Mortgage Loan Trust 2007-1F are dismissed with prejudice.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2015

The Clerk of Court is respectfully requested to terminate the action.

Dated: February 23, 2015
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge